1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11

12 | LINDA JOHNSON,                | ) Case No.: CV 07-7255 FMO |
13 |     Plaintiff,                | ) [PROPOSED] ORDER AWARDING
14 | v.                            | ) EAJA ATTORNEY FEES
15 | MICHAEL J. ASTRUE,            | )
16 | COMMISSIONER OF SOCIAL        | )
   | SECURITY,                     | )
17 |     Defendant.                | )

18

19  Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

22 the amount of TWO THOUSAND-SIX HUNDRED dollars ($2,600.00) as

23 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

24 Stipulation.

25 DATE:  2/13/09

26 _____/s/_____
   THE HONORABLE FERNANDO M. OLGUIN
27 UNITED STATES MAGISTRATE JUDGE

28