UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JOHNSON, | NO. CV 07-7255 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Ten-Thousand dollars and zero cents ($10,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Marc V. Kalagian shall reimburse plaintiff the amount of Two-Thousand, Six-Hundred dollars and zero cents ($2,600.00).

Dated this 6th day of April, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge